AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laporte, Elizabeth D. | U.S. District Court, N..D. Cal | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
450 Golden Gate Aveneue
San Francisco, CA 94102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | Member, Board of Governors | Assn. of Business Trial Lawyers, Northern California Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Participation in retirement plan for the California Public Employees Retirement System |
| 2. | 1998 | Participation in City & County of San Francisco Employee Retirement Fund |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-employed Attorney |
| 2. | 2015 | State of California - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practicing Law Institutte | 2/2/2015-2/4/2015 | New York, NY | Speaker on Patent Law Panel | Transportation, meals, lodging |
| 2. | Practicing Law Institute | 3/17/2015 | San Francisco, CA | Speaker on Patent Law Panel | Transportation, meals, lodging |
| 3. | International Quality & Productivity Ctr. Ltd. | 5/7/2015-5/13/2015 | London, United Kingdom | Speaker on international e-Discovery Panel | Transportation, meals, lodging |
| 4. | American Bar Association | 5/14/2015-5/17/2015 | New York, NY | Speaker on eDiscovery and Judges Panel | Transportation, meals, lodging |
| 5. | Conference on Preservation Excellence | 9/16/2015-9/19/2015 | Portland, OR | Speaker on eDiscovery Panel | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

| 6. | Assn. of Business Trial Lawyers of Northern CA | 10/1/2015-10/4/2015 | Ojai, .CA | Attendance at Annual Seminar and Board Member | Transportaion, meals, lodging |
|---|---|---|---|---|---|
| 7. | Electronic Discovery Institute | 10/13/2015-10/17/2015 | New Orleans, LA | Speaker on eDiscovery Panel | Transportation, meals, lodging |
| 8. | ChIPs | 10/26/2015-10/29/2015 | Washington, DC | Mock Argument Judge at ChIPs Women in Intellectual Property Law Conference | Transportation, meals, lodging |
| 9. | Georgetown University | 11/18/2015-11/20/2015 | Washington, DC | Speaker on eDiscovery Panel | Transportation, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. --California State Dept Rev Bond due 12/1/15 | B | Interest | | | Matured | 12/01/15 | K | A | |
| 3. --California State Dept Revenue Bonds | A | Interest | | | Matured | 02/01/15 | K | A | |
| 4. --Los Angeles CA Water Rev. Bonds | A | Interest | K | T | | | | | |
| 5. --Los Angeles CA Bonds due 7/1/17 | B | Interest | K | T | | | | | |
| 6. --San Francisco CA Bonds due 6/15/17 | B | Interest | K | T | | | | | |
| 7. --University of California Rev. Bonds | A | Interest | | | Redeemed | 05/15/15 | K | A | |
| 8. --DFA CA Short Term Muni Bond Portfolio (DFCMX) | A | Dividend | K | T | | | | | |
| 9. --DFA T.A. World Ex U.S.(DFTWX) | E | Dividend | P1 | T | | | | | |
| 10. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | E | Dividend | P1 | T | Sold (part) | 04/02/15 | J | B | |
| 11. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | A | Distribution | | | | | | | |
| 12. --Vanguard CA Intermediate Term Bond Fund (VCADX) | D | Dividend | M | T | Buy (add'l) | 06/12/15 | L | | |
| 13. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | A | Dividend | L | T | Sold (part) | 08/26/15 | L | A | |
| 14. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Buy (add'l) | 10/01/15 | L | | |
| 15. --DFA International Core Equity Portfolio (DFIEX) | C | Dividend | M | T | Buy (add'l) | 07/08/15 | J | | |
| 16. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 08/26/15 | K | | |
| 17. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 08/27/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA Short Term Extended Portfolio (DFEQX) | | None | K | T | Buy | 12/23/15 | K | | |
| 19. --Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy | 02/04/15 | J | | |
| 20. --Dodge & Cox Income Fund (DODIX) | A | Distribution | | | | | | | |
| 21. --PIMCO Foreign Bond Fund (PFORX) | A | Dividend | J | T | Buy | 12/02/15 | K | | |
| 22. --PIMCO Foreign Bond Fund (PFORX) | A | Distribution | | | | | | | |
| 23. --DFA Emerging Markets Portfolio (DFEMX) | A | Dividend | | | Buy | 08/26/15 | K | | |
| 24. --DFA Emerging Markets Portfolio (DFEMX) | | | | | Buy (add'l) | 08/27/15 | K | | |
| 25. --DFA Emerging Markets Portfolio (DFEMX) | | | | | Sold | 10/01/15 | L | A | |
| 26. --Schwab Money Market Fund (Trust I) | A | Dividend | K | T | | | | | |
| 27. IRA Rollover Account #1 (formerly PS Account #1) | | | | | | | | | |
| 28. --Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 29. --Dodge & Cox Income Fund (DODIX) | A | Distribution | | | | | | | |
| 30. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | B | Dividend | M | T | | | | | |
| 31. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Distribution | | | | | | | |
| 32. --DFA International Real Estate Securities Portfolio (DFITX) | B | Dividend | M | T | Buy (add'l) | 06/12/15 | J | | |
| 33. --IShares IBoxx Investment Grade Corporate Bond ETF (LQD) | C | Dividend | M | T | | | | | |
| 34. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | L | T | Buy (add'l) | 10/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | | | | | Buy (add'l) | 12/23/15 | J | | |
| 36. --Vanguagrd REIT (VNQ) | C | Dividend | M | T | | | | | |
| 37. --Schwab Money Market Fund #5 | | None | J | T | | | | | |
| 38. 401k Account #1 | | | | | | | | | |
| 39. --PIMCO Foreign Bond Fund (PFORX) | A | Dividend | J | T | Buy | 04/02/15 | J | | |
| 40. --PIMCO Foreign Bond Fund (PFORX) | A | Distribution | | | Buy (add'l) | 12/23/15 | J | | |
| 41. --DFA Short-Term Extended Quality Portfolio (DFEQX) | A | Dividend | K | T | | | | | |
| 42. --DFA Short-Term Extended Quality Portfolio (DFEQX) | A | Distribution | | | | | | | |
| 43. --Dodge & Cox Income Fund (DODIX) | D | Dividend | N | T | | | | | |
| 44. --Dodge & Cox Income Fund (DODIX) | A | Distribution | | | | | | | |
| 45. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Dividend | J | T | Buy (add'l) | 07/08/15 | J | | |
| 46. --Vanguard Inflation Protected Securities Fund Adm (VAIPX) | A | Distribution | | | | | | | |
| 47. --DFA Emerging Markets Core Portfolio (DFCEX) | A | Dividend | K | T | Buy | 04/02/15 | K | | |
| 48. --DFA International Core Equity Portfolio (DFIEX) | B | Dividend | L | T | Buy (add'l) | 10/01/15 | J | | |
| 49. --DFA International Real Estate Securities Portfolio (DFITX) | A | Dividend | K | T | | | | | |
| 50. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | L | T | | | | | |
| 51. --Vanguard REIT (VNQ) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Schwab Money Market Fund #6 | A | Dividend | J | T | | | | | |
| 53. Roth IRA Account #1 | | | | | | | | | |
| 54. --Vanguard REIT (VNQ) | A | Dividend | J | T | | | | | |
| 55. Roth IRA Account #2 | | | | | | | | | |
| 56. --DFA International Real Estate Securities Portfolio (DFITX) | A | Dividend | J | T | | | | | |
| 57. Learning Quest 529 Ed. Sav. Plan #1 Short-Term Portfolio | | None | J | T | | | | | |
| 58. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | None | K | T | | | | | |
| 59. First Republic Bank Checking Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth D. Laporte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544